Ryan Lee
Law Offices of Ryan Lee, PLLC
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Phone: (323) 524-9500
Fax: (323) 524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,
Mary Espinoza

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| MARY ESPINOZA,<br><br>                    Plaintiff,<br><br>v.<br><br>FDS BANK d/b/a MACY'S, INC.,<br><br>                    Defendant. | No. 2:17-CV-02090-DLR |

**NOTICE OF SETTLEMENT**

    Plaintiff, MARY ESPINOZA, ("Plaintiff"), through her attorney, Law Offices of Ryan Lee, PLLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: July 13, 2017         By:/s/ Ryan Lee _____
                                          Ryan Lee
                                          Law Offices of Ryan Lee, PLLC
                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    On July 13, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Aahren De Palma, at aahren.depalma@macys.com.

                                               By:/s/ Ryan Lee _____
                                                    Ryan Lee