Ryan Lee
Law Offices of Ryan Lee, PLLC
7272 E. Indian School Rd.
Suite 540
Scottsdale, AZ 85251
Phone: (323) 524-9500
Fax: (323) 524-9502
ryan@ryanleepllc.com
Attorney for Plaintiff,
Mary Espinoza

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| MARY ESPINOZA, | No. 2:17-CV-02090-DLR |
|---|---|
| Plaintiff, | |
| v. | |
| FDS BANK d/b/a MACY'S, INC., | |
| Defendant. | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiff, MARY ESPINOZA, ("Plaintiff"), through her attorney, The Law Offices of Ryan Lee, PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, FDS BANK d/b/a MACY'S INC.

RESPECTFULLY SUBMITTED,

DATED: August 3, 2017         By:/s/ Ryan Lee _____
                                                    Ryan Lee
                                                    Law Offices of Ryan Lee, PLLC
                                                    Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

On August 3, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Aahren De Palma, at aahren.depalma@macys.com.

By:/s/ Ryan Lee _____
Ryan Lee